

**U.S. Department of Justice**

*United States Attorney*
*Eastern District of New York*

TDK
F.#2001100935

*271 Cadman Plaza East*
*Brooklyn, New York  11201*

September 20, 2011

By Hand and ECF

Emily Daniel, Esq.
69 West 9th Street, Suite 6J
New York, New York 10011

>       Re:  United States v. Dennis Graham
>            Criminal Docket No. 11-424 (S-3) (JG)

Dear Ms. Daniel:

Pursuant to Rule 16 of the Federal Rules of Criminal Procedure, and in response to your August 22, 2011 request, please find enclosed with this letter discovery in the above-referenced matter.  Please also consider this letter to be the government's request for reciprocal discovery.

Documents

Please find enclosed a DEA report, Bates-numbered DG200001 - DG200009, detailing emails recovered from a Blackberry telephone that was seized on May 11, 2011 at the apartment of co-defendant James Rosemond, located in Brooklyn, New York.

Please also find documents Bates-numbered DG2000010 - DG2000012, detailing information recovered from a Blackberry telephone that was used by a cooperating witness on behalf of the Rosemond Enterprise.

Please also find enclosed a DEA report, Bates-numbered DG2000013 - DG2000018, detailing emails recovered from a Blackberry telephone that was used by a cooperating witness on behalf of the Rosemond Enterprise from May 5, 2011 to May 12, 2011.

2

If you have any questions or further requests, please do not hesitate to contact me.

                                    Very truly yours,

                                    LORETTA E. LYNCH
                                    United States Attorney

                        By:        /s_____
                                    Todd Kaminsky
                                    Assistant United States Attorney
                                    (718) 254-6367

Enclosures

CC:  Clerk of Court (JG)(by ECF)