AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Eastern District of New York

| United States | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Case No. 11-CR-00424-JG |
| Dennis Graham | ) |
| *Defendant* | ) |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Dennis Graham

Date:   11/08/2011

*Steve Zissou*
*Attorney's signature*

Steve Zissou
*Printed name and bar number*

42-40 Bell Boulevard
Suite 302
Bayside, NY 11361
*Address*

stevezissou@verizon.net
*E-mail address*

(718) 279-4500
*Telephone number*

(718) 281-0850
*FAX number*