Criminal Calendar — Status Conference.

Before: Judge John Gleeson, U.S.D.J.

Date: 11/16/2011     Time: 11:00 AM – 11:20 AM.

DOCKET NUMBER: 11CR424     CASE NAME: USA v. Rosemond et al

DEFENDANT'S NAME: Dennis Graham
✓ Present ___ Not Present ✓ In Custody ___ Bail

DEFENSE COUNSEL: Steve Zissou ✓
___ Legal Aid ___ CJA ✓ Retained

AUSA: Todd Kaminsky     Deputy Clerk: Ilene Lee

INTERPRETER: _____ (Language) _____

COURT REPORTER: Henry Shapiro

✓ Case called for:

___ Arraignment:

___ Defendant's first appearance.   ___ Defendant arraigned on the indictment.

___ Defendant informed of rights.

___ Defendant entered NOT GUILTY PLEA to ALL counts of the indictment.

___ Status Conference:

✓ Order of Speedy Trial entered. Code Type XT  Start 11/16/11  Stop 12/14/11

___ Status conference set for _____ @ _____ Before: Judge _____

___ Pretrial conference set for _____ @ _____ Before: Judge _____

___ Bail Hearing:

___ Defendant was released on _____ PRB with / without some conditions.

___ Bail application was denied. The Order of Detention previously entered is continued with leave to reapply to a Magistrate Judge, or, to the District Court Judge to whom this case is assigned.

___ Defendant failed to appear, bench warrant issued.

OTHERS:

- The defendant has retained new counsel, Steve Zissou. Prior counsel, Emily Daniels, is relieved with the thanks of the Court.
- In light of the new counsel, the next Status Conference is set for December 14, 2011 at 11:00 AM.