Criminal Calendar — **Status Conference**

Before: Judge John Gleeson, U.S.D.J.

Date: **1/27/2012**  Time: **11:30 AM – 11:50 AM**

DOCKET NUMBER: **11CR424**  CASE NAME: **USA v. Rosemond et al**

DEFENDANT'S NAME: **Dennis Graham**
✓ Present ___ Not Present ✓ In Custody ___ Bail

DEFENSE COUNSEL: **Steve Zissou**
___ Legal Aid ___ CJA ✓ Retained

AUSA: **Todd Kaminsky**  Deputy Clerk: **Ilene Lee**

INTERPRETER: _____ (Language)

COURT REPORTER: **Fred Guerino**

✓ Case called for:

___ Arraignment:

___ Defendant's first appearance.  ___ Defendant arraigned on the indictment.

___ Defendant informed of rights.

___ Defendant entered NOT GUILTY PLEA to ALL counts of the indictment.

___ Status Conference:

✓ Order of Speedy Trial entered. Code Type **XT** Start **1/27/12** Stop **2/13/2012**

___ Status conference set for _____ @ _____ Before: Judge _____

___ Pretrial conference set for _____ @ _____ Before: Judge _____

___ Bail Hearing:

___ Defendant was released on _____ PRB with / without some conditions.

___ Bail application was denied. The Order of Detention previously entered is continued with leave to reapply to a Magistrate Judge, or, to the District Court Judge to whom this case is assigned.

___ Defendant failed to appear, bench warrant issued.

OTHERS:

- The parties are still in negotiations.
- The defendant has a violation in State Court, defense counsel makes an application to have the two cases consolidated here in the EDNY. The Court agrees and directs the defense counsel to make the application in State Court.
- The next Status Conference is set for Feb. 13, 2012 at 11:00 AM.