<u>Criminal Calendar</u> — Status Conference.

Before: Judge John Gleeson, U.S.D.J.

Date: 2/24/2012   Time: 11:10 AM – 11:20 AM

DOCKET NUMBER: 11CR 424   CASE NAME: USA v. Rosemond et al

DEFENDANT'S NAME: ✓ Dennis Graham
_✓_ Present  ___ Not Present  _✓_ In Custody  ___ Bail

DEFENSE COUNSEL: Steve Zissou
___ Legal Aid  _✓_ CJA  ___ Retained

AUSA: Todd Kaminsky   Deputy Clerk: Ilene Lee

INTERPRETER: _____ (Language) _____

COURT REPORTER: Ronald Tolkin

_✓_ Case called for:

___ Arraignment:

___ Defendant's first appearance.   ___ Defendant arraigned on the indictment.

___ Defendant informed of rights.

___ Defendant entered NOT GUILTY PLEA to ALL counts of the indictment.

___ Status Conference:

_✓_ Order of Speedy Trial entered. Code Type XT  Start 2/24/12  Stop 2/28/12

___ Status conference set for _____ @ _____ Before: Judge _____

___ Pretrial conference set for _____ @ _____ Before: Judge _____

___ Bail Hearing:

___ Defendant was released on _____ PRB with / without some conditions.

___ Bail application was denied. The Order of Detention previously entered is continued with leave to reapply to a Magistrate Judge, or, to the District Court Judge to whom this case is assigned.

___ Defendant failed to appear, bench warrant issued.

OTHERS:

— The parties still have a few issues to sort out.
— The next conference is set for February 28, 2012 at 2:00 PM.