## Criminal Calendar for a Guilty Plea

**Before: Judge John Gleeson, U.S.D.J.**

Date: 2/28/12　　　　　　　　　　Time: 2:00pm – 2:40pm

DOCKET NUMBER: 11CR424

DEFENDANT'S NAME: __Dennis Graham__
　　✓ Present ___ Not Present ✓ In Custody ___ Bail

DEFENSE COUNSEL: __Steve Zissou__
　　___ Legal Aid ✓ CJA ___ Retained

AUSA: __Todd Kaminsky__　　　Deputy Clerk: __Ilene Lee__
INTERPRETER: _____(Language)
COURT REPORTER: __Burt Sulzer__

✓ Case called.

Defendant: ✓ sworn　　___ arraigned　　✓ informed of rights
　　✓ Waives trial before District Court.

___ Waiver of indictment executed.
___ Superseding Indictment/Information filed.
___ Defendant failed to appear, Bench Warrant issued.
✓ Defendant enters a plea of GUILTY to Count(s) __TWO__ of the __Superseding Indictment__ (S-3).
___ Defendant WITHDRAWS not guilty plea and enters a GUILTY PLEA to Count(s) ___
_____ of the _____.
✓ Court finds factual basis for the plea.
___ Sentencing set for _____ @ _____.

___ Deft continued on $_____ Bond.　　✓ Deft continued in Custody.

___ Bail set in the amount of $_____ and deft released.

___ Case adjourned until _____ for _____.

Plea Agreement marked as Gov's Exhibit #1 and returned to the AUSA.
Pursuant to Federal Rule 11 of Criminal Procedure Judge _____ did administer the allocution and accepted the plea. A finding has been made that the plea was made knowingly and voluntarily and the plea was not coerced.

- The sentencing date is set for June 29, 2012 at 2pm.