# Steve Zissou & Associates
## Attorneys at Law

42-40 Bell Boulevard, Suite 302
Bayside, New York 11361

---

Office    (718) 279-4500                                                        Email: stevezissou@verizon.net
Facsimile (718) 281-0850

July 22, 2012

The Honorable John Gleeson
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

      Re:    *United States v. Dennis Graham*
              Criminal Docket No. 11-cr-424 (S3) (JG)

Dear Judge Gleeson:

    For the reasons set forth below, I write to request that the sentence hearing in this case, currently scheduled for August 10, 2012, be rescheduled to October 12, 2012.

    The adjournment is requested so that the parties have enough time to review the presentence report[1], raise possible objections and submit all of the relevant background information to the Court so that a sentence *"sufficient but not greater than necessary"* pursuant to 18 U.S.C. 3553(a) can be imposed. This effort includes counsel having sufficient time to obtain and review the transcript of the trial of a related defendant, James Rosemond. It is my understanding that evidence was adduced at this proceeding that concerned Graham's alleged role in the Rosemond organization.

    Accordingly, I respectfully request that the sentence hearing be rescheduled to October 12, 2012. I have conferred with the attorney for the government, Todd Kaminsky, and confirmed that he is available on this day and that he does not oppose this request.

    Thank you for your consideration in this matter.

                                          Respectfully submitted,

                                          *Steve Zissou*
                                          Steve Zissou

*cc: Todd Kaminsky, AUSA*

---

[1] The PSR was disseminated on July 18, 2012.